579 A.2d 308

IN THE MATTER OF STEPHEN P. KERNAN, AN
ATTORNEY AT LAW.

September 17, 1990.

## ORDER

This matter having been duly presented to the Court, it is
ORDERED that the petition for reinstatement is denied.